UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LENNIE DANIEL

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 8:03-cr-317-T-30EAJ
USM Number: 40756-018

Howard Anderson, pda.
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE, FOUR and FIVE
of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | New conviction for conduct, Trafficking In Cannabis, while on supervision, in violation of the conditions of supervision | April 20, 2005 |
| TWO | New conviction for conduct, Possession of Cannabis with Intent to Sell, while on supervision, in violation of the conditions of supervision | April 20, 2005 |
| THREE | New conviction for conduct, Possession of Drug Paraphernalia, while on supervision, in violation of the conditions of supervision | April 20, 2005 |
| FOUR | New conviction for conduct, Felon in Possession of a Firearm, while on supervision, in violation of the conditions of supervision | April 20, 2005 |
| FIVE | New conviction for conduct, Felon in Possession of a Firearm, while on supervision, in violation of the conditions of supervision | April 20, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 8, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE
9 Jan. 2009
Date

| DEFENDANT: | Lennie Daniel | Judgment - Page __2__ of __2__ |
|---|---|---|
| CASE NUMBER: | 8:03-cr-317-T-30EAJ | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FIFTEEN (15) MONTHS.**

**The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number(s) 05-CF-007764 and 05-CF-007965, Circuit Court of Hillsborough County.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m. p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____.

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

                          _____
                               UNITED STATES MARSHAL

By   _____
                            DEPUTY UNITED STATES MARSHAL